## DAYTON ARCADE CO v MILLER

Ohio Appeals, 2nd Dist, Montgomery Co
Decided Feb 4, 1931

For full opinion see 177 NE 222; 39 Oh Ap 124 (Oh Bar 9-29-31).